UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIREMAN'S FUND INSURANCE COMPANY,
as subrogee of Morrow Equipment Company,

    Plaintiff,

v.                                    CASE NO: 8:08-cv-1811-T-26TGW

BAY ERECTORS & RIGGINS, INC., and
BAY HOLDINGS GROUP, INC.,

    Defendants.
_____/

## O R D E R

Before the Court is the Motion to Dismiss filed jointly by both Defendants (Dkt. 7), and Plaintiff's Response. (Dkt. 13). After careful consideration of the Motion and the applicable law, the Court concludes that the Motion should be denied. To determine whether this action is barred by the economic loss rule and therefore limited to the breach of contract claim, the record must be developed after discovery. The parties will have the opportunity after discovery to seek further relief from this Court in the form of summary judgment, if so desired. It is therefore **ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (Dkt. 7) is **DENIED**. Defendants shall file their answers and defenses to the Complaint (Dkt. 1) within ten (10) days of this order.

      **DONE AND ORDERED** at Tampa, Florida, on November 25, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record