UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIREMAN'S FUND INSURANCE
COMPANY, as subrogee of Morrow
Equipment Company,

    Plaintiff,

v.                                    CASE NO: 8:08-cv-1811-T-26TGW

BAY ERECTORS & RIGGING, INC., and
BAY HOLDING GROUP, INC.,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) The Motion of Ross Vecchio, P.A., and Joseph A. Geary, Esq., to Withdraw as Counsel of Record for Defendants (Dkt. 17) is granted.

2) The law firm of Ross Vecchio, P.A., and Joseph A. Geary, are relieved of any further responsibility to represent Defendants in this case.

3) Defendants are put on notice that because they are corporate entities they must be represented by an attorney. See Palazzo v. Gulf Oil Co., 764 F.2d 1381, 1385 (11th Cir. 1985) (holding that a corporation cannot appear *pro se* even when the person seeking to represent it is the president and major stockholder); Local Rule 2.03(e) (stating that "[a] corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Local Rule 2.01 or Rule 2.02.").

4) Defendants shall cause new counsel admitted to practice in this Court to file a notice of appearance of counsel on or before March 27, 2009, failing which they both shall be subject to the entry of a default final judgment upon proper application by Plaintiff and Defendant Bay Erectors & Rigging, Inc.'s claim against Morrow Equipment Co., LLC, shall be subject to dismissal.

5) The Clerk is directed to send a copy of this order to the following individuals: Mr. Cory Thompson, 1126 Hardwood Drive, Valrico, Florida 33594 and Mr. Alan Thompson, 3001 North 36th Street, Tampa, Florida 33605-2257.

6) In light of this order, the Court vacates its order to show cause why this case should not be dismissed for failure to file a case management report issued February 13, 2009, at docket 16, and relieves Plaintiff of the responsibility to file a case management report until further order of this Court.

7) Plaintiff's Motion for Additional Time to Submit Case Management Report (Dkt. 18) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on February 24, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record