UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIREMAN'S FUND INSURANCE
COMPANY, as subrogee of Morrow
Equipment, Co.,

    Plaintiff,

v.                                            CASE NO: 8:08-cv-1811-T-26TGW

BAY ERECTORS AND RIGGING, INC., and
BAY HOLDING GROUP, INC.,

    Defendants.
_____/

## O R D E R

Upon due consideration of Plaintiff's submissions, as well as a careful review of the court file, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Entry of Default Final Judgment (Dkt. 21) is granted.

2) The Clerk is directed to enter judgment in favor of Plaintiff and against both Defendants in the sum of $554,274.17, which shall bear interest at the legal rate provided for by federal law.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on April 15, 2009.

                                    s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record